**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Marcos GONZALEZ–DELGADO,**
**Defendant–Appellant.**

**No. 08–7636.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 16, 2008.

Decided: Dec. 24, 2008.

Marcos Gonzalez–Delgado, Appellant Pro Se. Jill Westmoreland Rose, Asheville, North Carolina, for Appellee.

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marcos Gonzalez–Delgado appeals the district court's order denying his motion to dismiss his indictment, filed pursuant to Fed. R. Crim. P. 12(b)(2).* We have reviewed the record and find no reversible

---

\* As the district court noted, Gonzalez–Delgado    likely intended to bring this motion under

error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Gonzalez–Delgado,* No. 1:04–cr–00084–LHT–DLH–1, 2008 WL 2795831 (W.D.N.C. July 18, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Fed. R. Crim. P. 12(b)(3)(B). However, as relief is unavailable to him under either subsection of Rule 12, we find this to be of no consequence.